IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RAMIRO ALMANZA<br>*Plaintiff,*<br><br>V.<br><br>QUIKTRIP CORPORATION<br>*Defendant.* | § § § § § § § § § Civil Action No. 5:23-cv-00535 |

## NOTICE OF REMOVAL

COMES NOW QuikTrip Corporation, Defendant in the above-entitled and numbered cause, and files this Notice of Removal to remove the present case to the United States District Court for the Western District of Texas, San Antonio Division, and respectfully submits the following:

## I.
## PROCEDURAL HISTORY

1. On July 18, 2022, Plaintiff, Ramiro Almanza (hereinafter, "Plaintiff") filed suit in Cause No. 2022CI13394 in the 225th Judicial District Court of Bexar County, Texas against Defendant, QuikTrip Corporation (hereinafter, "Defendant").

2. Defendant was first served with citation on October 3, 2022, and filed its Original Answer on October 21, 2022.

3. Defendant, QuikTrip Corporation has filed this Notice of Removal within thirty days of receipt of papers which have first made it ascertainable that the case is removable. 28 U.S.C. § 1446(b)(3). Furthermore, Defendant has also filed this Notice of Removal within one year of the commencement of this case pursuant to 28 U.S.C. § 1446(c).

## II.
## NATURE OF THE SUIT

4. Plaintiff alleges that on or about June 14, 2022, he sustained damages as a result of an injury that occurred on Defendant's premises in San Antonio, Texas. *See* Pl.'s 1st Am. Pet. at 2, ¶ 6.

5. According to Plaintiff's First Amended Petition, Plaintiff is a resident of Bexar County, Texas. *See* Pl.'s 1st Am. Pet. at 2, ¶ 4.

6. At all relevant times, Defendant, QuikTrip Corporation was, and is, a company formed in Oklahoma with its principal place of business located at 4705 South 129th East Avenue, Tulsa, Oklahoma 74134. *See* **Exhibit A**, Affidavit of Laurie Morgan-Childress.

## III.
## BASIS FOR REMOVAL

7. Removal is proper because there is complete diversity of citizenship between Plaintiff and Defendant.

8. Plaintiff is an individual who resides in Bexar County, Texas. *See* Pl.'s 1st Am. Pet. at 2, ¶ 6.

9. Defendant, QuikTrip Corporation is a company incorporated under the laws of the State of Oklahoma, whose principal place of business has at all relevant times been maintained in the State of Oklahoma and whose citizenship is in the State of Oklahoma. *See* **Exhibit A**, Affidavit of Laurie Morgan-Childress.

10. Throughout the pendency of this lawsuit, Plaintiff has pled and maintained that he seeks an amount less than $75,000.00. *See* Pl.'s 1st Am. Pet. at 1, ¶ 3. Such pleadings are not permitted by the Texas Rules of Civil Procedure, which only permit a party to state they are seeking $250,000.00 or less. *See* TEX. R. CIV. P. 47. Hence, Plaintiff's sole motivation in pleading that he

seeks less than $75,000.00 was the manipulation of the removal statute in an attempt to avoid federal removal on the basis of diversity jurisdiction. *See Vallecillo v. Wells Fargo Home Mortgage Fin., Inc.,* No. 5:16-CV-935-DAE, 2017 WL 9935522, at *2 (W.D. Tex. Sept. 18, 2017) (Conduct rises to the level of 'bad faith' when a party makes a 'transparent attempt to avoid federal jurisdiction.').

11. Plaintiff's pleadings state that he intends to seek damages for past and future medical expenses, past and future pain, suffering, and mental anguish, past and future physical impairment, past and future physical disfigurement, past lost wages, and loss of earning capacity. *See* Pl.'s 1st Am. Pet. at 3, ¶ 10. Through discovery, Plaintiff has disclosed that his past medical damages alone amount to $26,776.00. *See* Pl.'s 1st Supp. Discl., at No. 4, attached hereto as **Exhibit B.**

12. Moreover, Plaintiff has disclosed through discovery that he intends to seek, at least, $31,200.00 in future medical expenses. *See* Medical Records Affidavit of Greater Texas Orthopedic Associates, at 56, attached hereto as **Exhibit C.**

13. Defendant concedes that, while unlikely, it was still possible Plaintiff could have claimed less than $75,000.00 under these facts, despite seeking $57,976.00 in past and future medical expenses alone. However, all doubt as to the true amount in controversy was recently removed when Plaintiff demanded to settle his claims for $150,000.00—twice that of the maximum amount represented to Defendant and the 225th Judicial District Court of Bexar County for nearly a year. *See* Affidavit of Lynn S. Castagna, attached hereto as **Exhibit D**; Plaintiff's Settlement Demand, **Exhibit D-1**.

## III.
## VENUE AND JURISDICTION

14. Venue for this removal is proper in this division under 28 U.S.C. §1441(a) because this division embraces the place in which the removed action has been pending.

15. This Court has jurisdiction of this action by virtue of the provisions of 28 U.S.C. § 1332(a)(1) in that this is a case of diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## IV.
## DEFENDANT'S NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

16. Immediately following the filing of this Notice with the Court, written notice of the filing of same is being provided to the attorney for Plaintiff as required by law. A Notification of Removal is being filed on today's date with the 225th Judicial District Court of Bexar County, Texas under Cause Number Cause No. 2022CI13394, with this Notice as a listed Exhibit to it.

17. Defendant has attached to this notice all process, pleadings and orders filed in the state court action as required by 28 U.S.C. §1446(a). *See* **Exhibit E**, Index of Matters Being Filed.

## V.
## JURY DEMAND

18. Defendant, QuikTrip Corporation made a demand for a jury trial in State District Court.

Respectfully submitted,

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 fax

By: */s/ Lynn S. Castagna*
    Lynn S. Castagna
    State Bar No. 03980520
    lynn@texasdefense.com

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following person(s), in the manner(s) indicated below:

*VIA E-SERVICE*
*And/or VIA EMAIL*
Austin Delgado
DC Law, PLLC
440 Louisiana, Suite 1400
Houston, Texas 77002

and in accordance with the Federal Rules of Civil Procedure, on this 26th day of April 2023.

    */s/ Lynn S. Castagna*
    Lynn S. Castagna