IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RAMIRO ALMANZA, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. SA-23-CV-535-FB |
| QUICKTRIP CORPORATION, | § |
| Defendant. | § |

# J U D G M E N T

On this date came on to be considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Defendant's Motion for Summary Judgment filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's Motion for Summary Judgment (docket #8) is GRANTED such that all of plaintiff's claims are DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE